UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CENTRAL SECTION

| | |
|---|---|
| JOHN J. HALLORAN,<br>Plaintiff<br><br>V.<br><br>RJM CORPORATION and RICHARD J.<br>MONRO,<br>Defendants | CIVIL ACTION NO.<br><br>**04-40110** |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

The plaintiff, John J. Halloran, moves, pursuant to Federal Rule of Civil Procedure 65,

for a Preliminary Injunction enjoining the defendants, RJM Corporation and Richard J. Monro,

from selling, conveying, transferring, alienating, encumbering, or pledging the stock or assets of

RJM Corporation, including but not limited to its intellectual property rights in the Beaumont

technology, other than in the ordinary course of business. The plaintiff requests that this

injunction continue until either a final judgment is entered and fully paid, or until such time as

the defendant, RJM, sets aside funds in a separate escrow account satisfactory to the plaintiff in

the amount of $300,000.

In support of this Motion, the plaintiff states that he has a substantial likelihood of

success on the merits in proving RJM Corporation's breach of his employment agreement and

the defendants' violations of Connecticut General Statute §31-71 et seq. In further support, the

plaintiff states that he will be irreparably harmed if the defendants are not so restrained and that

such irreparable harm exceeds any harm to the defendants if the injunction is granted. The

{H:\PA\Lit\19264\00001\A0712350.DOC}

plaintiff therefore requests that a Preliminary Injunction issue enjoining the defendants, their heirs, assigns, successors, employees, partners, agents, managers and members from selling, conveying, transferring, alienating, encumbering or pledging the stock of RJM Corporation, including but not limited to its intellectual property rights in the Beaumont technology, other than in the ordinary course of business, until there is a trial on the merits of this matter.

In further support, the plaintiff refers this Court to the accompanying Affidavit of John J. Halloran and supporting memorandum.

Respectfully submitted,

JOHN J. HALLORAN

By his attorney,

Richard C. Van Nostrand, Esq.
BBO #507900
Kristina H. Allaire, Esq.
BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:　　(508) 791-8502

Dated: June 14, 2004