

# MIRICK O'CONNELL
### ATTORNEYS AT LAW
MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP

FILED OFFICE

2004 JUL 26 P 1: 02

DISTRICT

July 23, 2004

Clerk's Office
U.S. District Court
District of Massachusetts
595 Main Street, Room 502
Worcester, MA 01608

Re: John J. Halloran v. RJM Corporation and Richard J. Monro
Civil Action No.: 04cv40110-FDS

Dear Sir/Madam:

As you requested, this letter is to advise you that at this time the plaintiff, John Halloran, is not going to proceed with his preliminary injunction application. The parties have reached an interim agreement which calls for a stream of payments from the defendants with the first to occur at the end of September. If the first payment is made, the case will be dismissed without prejudice. If the first payment is not made, we will proceed with this litigation and re-file our application for a preliminary injunction.

If you have any questions, please do not hesitate to call.

Sincerely,

Kristina H. Allaire

KHA/kjg

cc: Richard C. Van Nostrand, Esq.
    John J. Halloran



WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502

{H:\PA\Lit\19264\00001\A0724687.DOC}

100 FRONT STREET
WORCESTER, MA 01608 1477
508-791-8500 • FAX 508-791-8502

BOSTON, MA
617-261-2417 • FAX 617-261-2418

www.MirickOConnell.com