UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CENTRAL SECTION

| | |
|---|---|
| JOHN J. HALLORAN,<br>Plaintiff<br><br>V.<br><br>RJM CORPORATION and RICHARD J. MONRO,<br>Defendants | CIVIL ACTION NO. 04 CV 40110-FDS |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, John J. Halloran, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses his Complaint with prejudice against both defendants. No adverse party has served an answer or a motion for summary judgment in this matter and this dismissal is therefore of right.

Respectfully submitted,

JOHN J. HALLORAN

By his attorney,

*/s/ Richard C. Van Nostrand*

Richard C. Van Nostrand, Esq.
BBO #507900
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: August 30, 2004